```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

SPACE POTATO MUSIC, LTD., et al.,  )
                                   )
           Plaintiffs,             )
                                   )
      v.                           )    No. 4:06 CV 1051 DDN
                                   )
JAY M. BRANDT,                     )
                                   )
           Defendant.              )
```

### ORDER

The court having been advised that the parties have settled this action,

**IT IS HEREBY ORDERED** that all settings are vacated.

**IT IS FURTHER ORDERED** that the parties are granted thirty days from the date of this order in which to file papers disposing of this matter.

**IT IS FURTHER ORDERED** that any pending motions are denied without prejudice as moot.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on October 3, 2006.